IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **KEYSTONE ALTERNATIVES LLC** d/b/a **GOPSURV.COM** and **MARK LAUER**, | : : : : | No. 1:23-cv-01161 |
| Plaintiffs | : : | (Judge Kane) |
| v. | : : | |
| **ATHLETES FIRST, LLC, CHRIS LONGO, TRACE ARMSTRONG,** and **JOHN DOES 1–5**, | : : : : | |
| Defendants | : | |

# ORDER

**AND NOW**, on this 21st day of June 2024, upon consideration of Defendants Athletes First, LLC, Chris Longo, Trace Armstrong, and John Does 1–5 ("Defendants")' motion to dismiss (Doc. No. 12) Plaintiffs Keystone Alternatives LLC d/b/a GOPSURV.com and Mark Lauer ("Plaintiffs")' amended complaint (Doc. No. 10), and in accordance with the accompanying Memorandum, **IT IS ORDERED THAT**:

1. Defendants' motion to dismiss (Doc. No. 12) is **GRANTED**, and Plaintiffs' amended complaint (Doc. No. 10) is **DISMISSED WITH PREJUDICE**; and

2. The Clerk of Court is directed to **CLOSE** this case.

s/ Yvette Kane
Yvette Kane, District Judge
United States District Court
Middle District of Pennsylvania